1 Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
2 SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
3 San Francisco, CA 94104
(415) 882-7900
4 (415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
5 mstafford@sjlawcorp.com

6 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al., | Case No.: C09-0863 JSW |
|---|---|
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL and REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** |
| v. | |
| VALUE GLASS SHOWER AND MIRROR, INC., | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), Plaintiffs NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al., voluntarily dismiss, without prejudice, their claim against Defendant VALUE GLASS SHOWER AND MIRROR, INC. Defendant has neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendants.

It is therefore requested that this action be dismissed without prejudice, and that the Court retain jurisdiction over this matter.

Accordingly, Plaintiffs respectfully request that the Initial Case Management Conference, currently scheduled for June 4, 2009, at 10:00 a.m., and all related dates herein be VACATED.

1  I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above
2  entitled action, and that the foregoing is true of my own knowledge.
3  Executed this 23rd day of April, 2009, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By:_____/S/_____
     Michele R. Stafford
     Attorneys for Plaintiffs

IT IS SO ORDERED.

    This case is dismissed without prejudice, all dates herein are vacated, and the Court shall retain jurisdiction over this matter.

Date: April 24, 2009                    _____
                                        THE HONORABLE JEFFREY S. WHITE
                                        UNITED STATES DISTRICT COURT JUDGE

-2-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C09-0863 JSW

P:\CLIENTS\GLACL\Value Glass\Pleadings\Complaint to Compel Audit\C09-0863 JSW Notice of Voluntary Dismissal 042309.DOC